**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

CHRISTOPHER MOORE                                                                 PLAINTIFF

v.                                                                 CIVIL ACTION NO. 1:23-CV-158-GHD-RP

ASHLEY FURNITURE INDUSTRIES, LLC,                                                                 DEFENDANT

**<u>DEFENDANT ASHLEY FURNITURE INDUSTRIES, LLC'S
RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION
FOR LEAVE TO FILE AN AMENDED COMPLAINT</u>**

Pursuant to L.U. Civ. R. 7(b)(3), Defendant Ashley Furniture Industries, LLC ("AFI") respectfully responds in opposition to and requests the Court enter an order denying Plaintiff's Motion for Leave to File an Amended Complaint. The Court should deny Plaintiff's Motion because Plaintiff cannot show good cause to extend a deadline to amend his claims that passed more than 250 days ago, especially considering that, contrary to Plaintiff's argument(s), the information from Mr. Jeter discussed during his deposition was known to Plaintiff when he filed his original Complaint and had been produced in documents prior to the close of discovery. Moreover, to permit Plaintiff leave to amend his complaint would severely and unduly prejudice AFI insofar as AFI had no opportunity in written discovery or Plaintiff's deposition to address the new claim he seeks to assert and reopening discovery to litigate that claim now would impose a significant cost burden on AFI.

WHEREFORE, AFI respectfully requests the Court deny Plaintiff's Motion for Leave to File an Amended Complaint.

Respectfully submitted,

*s/ Matthew G. Gallagher*

Matthew G. Gallagher (MS Bar 103159)
LITTLER MENDELSON, P.C.
One Commerce Square
40 South Main Street, Suite 2500
Memphis, TN 38103
Telephone:   901.795.6695
Facsimile:    901.881.4333
Email:         mgallagher@littler.com;

*Attorney for Defendant*
*Ashley Furniture Industries, LLC*

## CERTIFICATE OF SERVICE

This is to certify that on the 5th day of November, 2024, the undersigned filed the

foregoing using the Court's CM/ECF system, which will send notification of such filing to

the appropriate CM/ECF participant(s), as follows:

Louis H. Watson, Jr. (MS Bar No. 9053)
Nick Norris (MS Bar No. 101574)
WATSON & NORRIS, PLLC
4209 Lakeland Drive, Suite 365
Flowood, MS 39232-9212
Telephone:   601.968.9212
Email:      louis@watsonnorris.com

*Attorneys for Plaintiff*
*Christopher Moore*

*s/ Matthew G. Gallagher*