**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

CHRISTOPHER MOORE                                                                      PLAINTIFF

v.                                                                     CIVIL ACTION NO. 1:23-CV-158-GHD-RP

ASHLEY FURNITURE INDUSTRIES, LLC                                              DEFENDANT

**DEFENDANT ASHLEY FURNITURE INDUSTRIES, LLC'S SECOND UNOPPOSED
MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE AND *DAUBERT*-TYPE
MOTIONS**

Pursuant to Fed. R. Civ. P. 16(b)(4), Defendant Ashley Furniture Industries, LLC ("AFI") hereby moves the Court for a brief second extension of the deadline to file dispositive and *Daubert*-type motions.  In support of this Motion, AFI states the following:

1.      On November 13, 2023, Plaintiff filed suit against Defendant, alleging violations of the Americans with Disabilities Act and Family and Medical Leave Act.  *See* Doc. 1.

2.      On January 8, 2024, the Court entered a Case Management Order, establishing July 8, 2024, and July 29, 2024, as the deadlines to complete all discovery and filing dispositive and *Daubert*-type motions, respectively.  Doc. 9.

3.      On May 13, 2024, the Court reset the trial date in this matter for April 28, 2025.  Doc. 20.  Thereafter, the Court granted the Parties request and extended the deadlines to complete all discovery and filing dispositive and *Daubert*-type motions, to October 7, 2024 and October 28, 2024, respectively.  Doc. 27.

4.      On October 22, 2024, within one week of AFI's original deadline to file its motion for summary judgment, Plaintiff filed a Motion for Leave to File an Amended Complaint, seeking to add an FMLA interference claim.  *See* Docs. 29, 31.

5.      In light of that filing, AFI moved to extend the deadline to file dispositive and *Daubert*-type motions, preliminarily and without knowing when the Court might rule on the motion, through November 27, 2024.  Doc. 32.  The Court granted AFI's request on October 28, 2024.  Doc. 33.

6.      On November 22, 2024, the Court entered an order denying Plaintiff's Motion for Leave to File an Amended Complaint.  Doc. 40.

7.      Given the short time between the Court's decision on Plaintiff's Motion for Leave to Amend and the current dispositive motion deadline, AFI respectfully requests that the Court extend the deadline to file dispositive and *Daubert*-style motions through December 6, 2024.

8.      The requested extension will not impact the trial date or other deadlines in the Case Management Order.

9.      Undersigned counsel for Defendant conferred with Nick Norris, counsel for Plaintiff, via electronic mail on November 26, 2024 regarding the filing of this Motion, and counsel for Plaintiff has advised that Plaintiff does not object to the relief sought herein and will not oppose this Motion.

10.     Due to the straightforward nature of this Motion and relief requested, AFI requests that it be relieved of the obligation to file a separate supporting memorandum in support of its Motion.

WHEREFORE, AFI respectfully requests the Court enter an order extending the deadline for the Parties to file dispositive and *Daubert*-style motions through and including December 6, 2024.

Respectfully submitted,


s/ Matthew G. Gallagher
_____
Matthew G. Gallagher (MS Bar 103159)
LITTLER MENDELSON, P.C.
One Commerce Square
40 South Main Street, Suite 2500
Memphis, TN 38103
Telephone:   901.795.6695
Facsimile:   901.881.4333
Email:          mgallagher@littler.com

Counsel for Defendant
Ashley Furniture Industries, LLC

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 26th day of November, 2024, the undersigned filed the foregoing using the Court's CM/ECF system, which will send notification of such filing to the appropriate CM/ECF participant(s), as follows:

Louis H. Watson, Jr. (MS Bar No. 9053)
Nick Norris (MS Bar No. 101574)
Jane Ashley Watson (MS Bar No. 106877)
WATSON & NORRIS, PLLC
4209 Lakeland Drive, Suite 365
Flowood, MS 39232-9212
Telephone:   601.968.9212
Email:        louis@watsonnorris.com
              nick@watsonnorris.com
              jane@watsonnorris.com

*Counsel for Plaintiff Christopher Moore*

*s/ Matthew G. Gallagher*