**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**CHRISTOPHER MOORE**                                                                 **PLAINTIFF**

**V.**                                                   **CIVIL ACTION NO. 1:23CV158-GHD-RP**

**ASHLEY FURNITURE INDUSTRIES, LLC**                                     **DEFENDANT**

## ORDER

The parties jointly seek an extension of the motion deadline.   ECF 41.   The undersigned
has reviewed the motion and concludes that it may be granted.   As such, the deadline to file
dispositive and *Daubert* motions is reset to December 6, 2024.

This, the 27th day of November, 2024.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE

1