# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| CHRISTOPHER MOORE | PLAINTIFF |
| v. | CIVIL ACTION NO. 1:23-CV-158-GHD-RP |
| ASHLEY FURNITURE INDUSTRIES, LLC | DEFENDANT |

## DEFENDANT ASHLEY FURNITURE INDUSTRIES, LLC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO SUBMIT OBJECTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 72(a)

Defendant Ashley Furniture Industries, LLC ("AFI") respectfully submits its Response to Plaintiff Christopher Moore's Motion to Submit Objections Pursuant to Federal Rule of Civil Procedure 72(a). As stated more fully in AFI's memorandum in support, the Court should overrule Plaintiff's objections and because Plaintiff simply re-urges his arguments without establishing the existence of any clearly erroneous finding.

WHEREFORE, AFI respectfully requests the Court deny Plaintiff's Motion and enter an order adopting Magistrate Percy's Order.

Respectfully submitted,

*s/ Matthew G. Gallagher*
Matthew G. Gallagher (MS Bar 103159)
LITTLER MENDELSON, P.C.
One Commerce Square
40 South Main Street, Suite 2500
Memphis, TN 38103
Telephone:  901.795.6695
Facsimile:   901.881.4333
Email:         mgallagher@littler.com;

*Attorney for Defendant Ashley Furniture Industries, LLC*

**CERTIFICATE OF SERVICE**

This is to certify that on the 20th day of December, 2024, the undersigned filed the foregoing using the Court's CM/ECF system, which will send notification of such filing to the appropriate CM/ECF participant(s), as follows:

    Louis H. Watson, Jr. (MS Bar No. 9053)
    Nick Norris (MS Bar No. 101574)
    Jane Ashley Watson (MS Bar No. 106877)
    WATSON & NORRIS, PLLC
    4209 Lakeland Drive, Suite 365
    Flowood, MS 39232-9212
    Telephone:  601.968.9212
    Email:       louis@watsonnorris.com
                    nick@watsonnorris.com
                    jane@watsonnorris.com

    *Attorneys for Plaintiff*
    *Christopher Moore*

                                            *s/ Matthew G. Gallagher*