## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

CHRISTOPHER MOORE                                                                             PLAINTIFF

v.                                                CIVIL ACTION NO. 1:23-CV-158-GHD-RP

ASHLEY FURNITURE INDUSTRIES, LLC                              DEFENDANT

### DEFENDANT'S OMNIBUS MOTION *IN LIMINE*

Defendant Ashley Furniture Industries, LLC ("AFI" or "Defendant") respectfully moves the Court for entry of an order precluding Plaintiff from offering evidence, testimony, or argument at trial concerning: (1) medical treatment as to which Plaintiff has failed to produce records, including treatment by Licensed Clinical Social Worker Gina Smith, whom Plaintiff has identified as a treating expert witness; (2) improper "me too" evidence; (3) alleged race-based conduct referenced in Plaintiff's EEOC Charge of Discrimination and AFI's position statement in response thereto; and (4) evidence and testimony concerning purported bonuses Plaintiff claims he received for perfect attendance. Specifically, and as more thoroughly set forth in Defendant's memorandum filed in support of this Motion, this evidence consists of purely irrelevant and prejudicial collateral issues.

WHEREFORE, Defendant requests the Court enter an order granting its Omnibus Motion *in Limine* to preclude Plaintiff from offering irrelevant and prejudicial evidence and/or argument.

Respectfully submitted,

*s/ Matthew G. Gallagher*

Matthew G. Gallagher (MS Bar 103159)
LITTLER MENDELSON, P.C.
One Commerce Square
40 South Main Street, Suite 2500
Memphis, TN 38103
Telephone: 901.795.6695
Facsimile: 901.881.4333
Email: mgallagher@littler.com;

*Attorney for Defendant*
*Ashley Furniture Industries, LLC*

## **CERTIFICATE OF SERVICE**

This is to certify that on the 28th day of February, 2025, the undersigned filed the foregoing using the Court's CM/ECF system, which will send notification of such filing to the appropriate CM/ECF participant(s), as follows:

Louis H. Watson, Jr. (MS Bar No. 9053)
Nick Norris (MS Bar No. 101574)
Jane Ashley Watson (MS Bar No. 106877)
WATSON & NORRIS, PLLC
4209 Lakeland Drive, Suite 365
Flowood, MS 39232-9212
Telephone:  601.968.9212
Email:  louis@watsonnorris.com
   nick@watsonnorris.com
   jane@watsonnorris.com

*Attorneys for Plaintiff
Christopher Moore*

                              *s/ Matthew G. Gallagher*