IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHRISTOPHER MOORE                                                                PLAINTIFF

V.                                                              NO. 1:23-cv-00158-GHD-RP

ASHLEY FURNITURE INDUSTRIES                                          DEFENDANT

### ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL DATE

Presently before the Court is the Defendant's Motion to Continue the current April 28, 2025, trial date in this cause [64]. Upon due consideration, the Court finds the motion should be granted.

The Defendant has submitted documentation to the Court that demonstrates defense counsel has a conflicting trial setting in the United States District Court for the Western District of Tennessee that was set prior to the trial setting in this matter [64-1]. Based on this submission, the Court agrees that a continuance of the present trial date is warranted.

THEREFORE, it is hereby ORDERED that the Defendant's Motion to Continue Trial Date [64] is GRANTED. The trial date of this case is hereby CONTINUED from its present April 28, 2025, setting, until July 28, 2025. The Court shall issue a Notice formally resetting the trial to commence on that date.

SO ORDERED, this the 15th day of April, 2025.

_____
SENIOR U.S. DISTRICT JUDGE