# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

CHRISTOPHER MOORE                                    PLAINTIFF

v.                                    CIVIL ACTION NO. 1:23-CV-158-GHD-RP

ASHLEY FURNITURE INDUSTRIES, LLC                        DEFENDANT

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT

Matthew G. Gallagher and the law firm Littler Mendelson, P.C., ("Counsel for AFI") hereby move this Court for an Order allowing them to withdraw as counsel of record for Ashley Furniture Industries, LLC ("AFI"). In support of their Motion, the undersigned states as follows:

1. The Mississippi Rules of Professional Conduct permit an attorney to withdraw from representing a client if "the lawyer is discharged" by the client from its obligations in connection with the representation and/or for other good cause. *See* Miss. Rules Prof. Conduct 1.16(a)(3).

2. AFI has retained new counsel for this matter, *see* Doc. 68, and has requested undersigned counsel withdraw from its representation of AFI in this matter.

3. Counsel for AFI has consulted with AFI's new counsel and Plaintiff's counsel. All agree that AFI will not be prejudiced by Counsel for AFI's withdrawal; nor will these proceedings be delayed by the withdrawal. Additionally, Counsel for AFI consulted with Plaintiff's counsel, and Plaintiff does not object to or oppose the relief requested herein.

4. Pursuant to L.U. Civ. R. 83.1(b)(3), AFI has signed this Motion and has been served with a copy.

In light of the foregoing, Littler Mendelson, P.C. respectfully requests that the Court grant the instant Motion and permit it and any of its attorneys that have appeared in this matter to withdraw and cease further representation of AFI in this matter.

Respectfully submitted,

*/s/ Matthew G. Gallagher*
Matthew G. Gallagher (MS Bar 103159)
LITTLER MENDELSON, P.C.
One Commerce Square
40 South Main Street, Suite 2500
Memphis, TN 38103
Telephone: 901.795.6695
Facsimile: 901.881.4333
Email: mgallagher@littler.com;

*Attorney for Defendant Ashley Furniture Industries, LLC*

*/s/ Kristen Sampo*
Kristen Sampo
Employment Litigation Counsel
Ashley Furniture Industries, LLC

Case: 1:23-cv-00158-GHD Doc #: 69 Filed: 07/24/25 2 of 3 PageID #: 425

**CERTIFICATE OF SERVICE**

This is to certify that on the 24th day of July, 2025, the undersigned filed the foregoing using the Court's CM/ECF system, which will send notification of such filing to the appropriate CM/ECF participant(s), as follows:

Louis H. Watson, Jr. (MS Bar No. 9053)
Nick Norris (MS Bar No. 101574)
Jane Ashley Watson (MS Bar No. 106877)
WATSON & NORRIS, PLLC
4209 Lakeland Drive, Suite 365
Flowood, MS 39232-9212
Telephone:   601.968.9212
Email:       louis@watsonnorris.com
             nick@watsonnorris.com
             jane@watsonnorris.com

*Attorneys for Plaintiff Christopher Moore*


Steven R. Cupp, Esq. (MSB# 99975)
FISHER & PHILLIPS LLP
2505 14th Street, Suite 300
Gulfport, Mississippi 39501
(228) 822-1440 - Telephone
(228) 822-1441 - Facsimile
scupp@fisherphillips.com

*Attorney for Defendant Ashley Furniture Industries, LLC*


Kristen Sampo
KSampo@AshleyFurniture.com
*Employment Litigation Counsel*
*Ashley Furniture Industries, LLC*


                                                   */s/ Matthew G. Gallagher*