IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHRISTOPHER MOORE                          PLAINTIFF

V.                          NO. 1:23-cv-00158-GHD-RP

ASHLEY FURNITURE INDUSTRIES                          DEFENDANT

**VERDICT FORM**

1. Do you find in favor of Plaintiff on his claim of FMLA retaliation?

    YES _____          NO __X__

    Proceed to Question Two.

2. Do you find in favor of Plaintiff on his claim of ADA discrimination?

    YES _____          NO __X__

    Proceed to Question Three.

3. Do you find in favor of Plaintiff on his claim of ADA retaliation?

    YES _____          NO __X__

    Proceed to Question Four.

4. If you answered "NO" to ALL the above Questions 1-3, go directly to the signature section at the end of this verdict form and inform the bailiff that you have reached a verdict.

If you answered "YES" to ONLY Question No. 1 above, please ONLY answer Question 5a below.

If you answered "YES" to Question No. 2 OR Question No. 3 above, please answer BOTH Questions 5a AND 5b below.

5.

    a. What amount, if any, of actual damages do you award Plaintiff for lost income from March 23, 2022, until the present date?

       $_____

    b. What amount, if any, of damages do you award Plaintiff for mental anxiety and stress?

       $_____

_____
Foreperson's Signature

_____7-30-2025_____
Date