IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHRISTOPHER MOORE                                                                PLAINTIFF

V.                                                                                          NO. 1:23-cv-00158-GHD-RP

ASHLEY FURNITURE INDUSTRIES                                            DEFENDANT

## FINAL JUDGMENT

A jury tried the claims pending in this civil action with the undersigned judge presiding, and the jury rendered a verdict on July 30, 2025.

In accordance with the verdict rendered in this case, judgment on the Plaintiff Christopher Moore's Family and Medical Leave Act and Americans with Disabilities Act claims is hereby entered in favor of the Defendant Ashley Furniture Industries against the Plaintiff Christopher Moore. Costs are assessed to the Plaintiff.

SO ORDERED, this the 4th day of August, 2025.

_____
SENIOR U.S. DISTRICT JUDGE