IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CHRISTOPHER MOORE**                                                                                           **PLAINTIFF**

**v.**                             **CIVIL ACTION NO. 1:23CV158-GHD-RP**

**ASHLEY FURNITURE INDUSTRIES, LLC**                             **DEFENDANT**

## **PLAINTIFF'S MOTION FOR A NEW TRIAL**

      Plaintiff Christopher Moore respectfully moves this Court for a new trial following the jury verdict rendered on July 30, 2025, in the trial held from July 28 to July 30, 2025. The Court's ruling on July 28, 2025, in chambers, excluding unredacted medical records from Plaintiff's therapist, Gina Smith, LCSW, prevented the jury from understanding the childhood sexual trauma that caused Plaintiff's Major Depressive Disorder, Generalized Anxiety Disorder, and Alcoholism. *See* Exhibit A at p. 1; *See* Exhibit B at p. 1–27; *See* Exhibit C at p. 1–129; *See* Exhibit D at p. 1–15; *See* Exhibit E at p. 1–127; *See* Exhibit "F". These records were essential to proving that Plaintiff's conditions required a 30-day leave under the Family and Medical Leave Act and the Americans with Disabilities Act, and that Defendant's refusal to grant this leave led to his wrongful termination.

      The exclusion of the trauma history left the jury with an incomplete picture, hearing only about Plaintiff's symptoms without their underlying cause. *See* Exhibit B at p. 2, 15; *See* Exhibit E at p. 3, 127. This severely prejudiced Plaintiff's ability to show why his conditions were serious and why the requested leave was necessary, likely leading to the jury's verdict in favor of Defendant. Plaintiff has submitted as Exhibit F the transcript of the in-chambers/courtroom discussion to further support this motion.

1

For these reasons, Plaintiff requests that the Court grant a new trial to allow the jury to consider the unredacted medical records and ensure a fair adjudication of his claims. Plaintiff also requests any additional relief the Court deems appropriate, including costs associated with this motion.

THIS, the 15th day of August, 2025.

                                              Respectfully submitted,
                                              /s/ Louis H. Watson, Jr.
                                              LOUIS H. WATSON, JR. (MB# 9053)
                                              Attorney for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
4209 Lakeland Drive #365
Flowood, MS 39232
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
Email: louis@watsonnorris.com
Web:  www.watsonnorris.com

### CERTIFICATE OF SERVICE

I, Louis H. Watson, Jr., attorney for the Plaintiff, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to all counsel of record.

SO CERTIFIED, this the 15th day of August, 2025.

                                              /s/ Louis H. Watson, Jr.
                                              LOUIS H. WATSON, JR.