IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHRISTOPHER MOORE                                                PLAINTIFF

V.                                                       NO. 1:23-cv-00158-GHD-RP

ASHLEY FURNITURE INDUSTRIES                          DEFENDANT

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED MEMORANDA**

Presently before the Court is the Plaintiff's unopposed motion [90] to file a corrected brief in support of his motion for new trial [83] and a corrected reply brief in support of the same motion. The Defendant does not object to the Plaintiff's motion. Given the lack of objection and upon due consideration, the Court finds that the Plaintiff's motion is well-taken and it shall be granted.

The Plaintiff's counsel admits to utilizing AI tools to assist in drafting the subject original memoranda. Upon review, the Plaintiff's counsel has identified inaccuracies in the AI-generated output that were included in the subject memoranda. The Plaintiff now seeks to correct the inaccuracies via the filing of corrected memoranda in support of the original motion and reply. The Court shall permit the Plaintiff to file the subject corrected memoranda.

THEREFORE, it is hereby ORDERED that the Plaintiff's unopposed motion [90] to file corrected memoranda in support of his motion for new trial and reply in support of the same motion is GRANTED. The Plaintiff shall file the corrected memoranda on the docket within two (2) days of today's date.

SO ORDERED, this the 17th day of September 2025.

/s/ Glen H. Davidson
_____
SENIOR U.S. DISTRICT JUDGE