**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**CHRISTOPHER MOORE**                                                                    **PLAINTIFF**

**VERSUS**                                               **CIVIL ACTION NO.: 1:23cv00158-GHD-RP**

**ASHLEY FURNITURE INDUSTRIES, LLC**                                       **DEFENDANT**

**<u>DEFENDANT'S SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S
MOTION FOR A NEW TRIAL</u>**

Defendant relies upon its original brief in opposition filed on August 22, 2025 [Dkt. 86] in response to Plaintiff's Corrected Memorandum Brief in Support of Motion for New Trial [Dkt. 92] and Corrected Rebuttal Brief [Dkt. 93]. For the reasons set forth in Defendant's original brief in opposition, Plaintiff's motion for a new trial should be denied.

THIS the 18th day of September, 2025.

Respectfully submitted:

s/Steven R. Cupp
Steven R. Cupp, Esq. (MSB# 99975)
FISHER PHILLIPS LLP
2505 14th Street, Suite 300
Gulfport, Mississippi 39501
(228) 822-1440 - Telephone
(228) 822-1441 - Facsimile
scupp@fisherphillips.com

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I filed the forgoing with the Clerk of Court utilizing the ECF-System which sent a copy of same to the following:

Louis H. Watson, Jr., Esq.
Nick Norris, Esq.
Jane Watson, Esq.
WATSON & NORRIS, PLLC
4209 Lakeland Drive #365
Flowood, Mississippi 39232-9212
Tel: (601) 968-0000
Fax: (601) 968-0010
louis@watsonnorris.com
nick@watsonnorris.com
jane@watsonnorris.com

SO CERTIFIED this the 18th day of September, 2025.

s/Steven Cupp
STEVEN R. CUPP (MSB# 99975)

FP 56886610.1