**RECEIVED**

**JAN 15 2026**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Christopher Moore
    Plaintiff

Civil Action No. 1:23-cv-00158-GHD-RP

Ashley Furniture
    Defendants

NOTICE OF APPEAL

I hereby make known unto the United States District Court for the Northern District of Mississippi that I am appealing the decision made on December the 18th 2025, by Judge Glen Davidson, deny the plaintiffs motion for new trial. And I certify this the 15th day of January I am filing said appeal.

X Christopher Moore

CERTIFICATE OF SERVICE

I here by certify this the 15th day of January 2026, that I caused to be filed in the United States Federal Court a Notice of Appeal.

Respectfully Submitted this the 15th day of January, 2026.