IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHRISTOPHER MOORE                                         PLAINTIFF

V.                                                          NO. 1:23-cv-00158-GHD-RP

ASHLEY FURNITURE INDUSTRIES                      DEFENDANT

## **ORDER GRANTING PLAINTIFF'S MOTION TO APPEAL IN FORMA PAUPERIS**

Presently before the Court is the Plaintiff's motion to proceed *in forma pauperis* on appeal [99], pursuant to 28 U.S.C. § 1915(a)(1). In support of his motion, the Plaintiff has filed an affidavit of poverty [99]. After due consideration, the Court finds the motion is well-taken and it shall be granted.

Under 28 U.S.C. § 1915(a)(1), a federal district court may permit a plaintiff to file or appeal an action "without prepayment of fees or security thereof" if the plaintiff shows by affidavit that he is unable to pay such fees or security. Section 1915(a) is intended to provide access to federal courts for plaintiffs who lack the financial resources to pay any part of the statutory filing costs. *Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988). The right to proceed without prepayment of fees in a civil case is a privilege and not a right. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 198 n.2 (1993).

The Court has examined the Plaintiff's affidavit and finds that he is unable to pay for the cost of an appeal "and still be able to provide himself" with the necessities of life without undue hardship. *Prows*, 842 F.2d at 140. Accordingly, the Court finds that the Plaintiff's motion is well-taken and should be granted.

THEREFORE, it is hereby ORDERED that the Plaintiff's motion to proceed in forma pauperis on appeal [99] is GRANTED. The plaintiff may PROCEED with his appeal without

payment of the filing fee, costs, or security for them.

SO ORDERED, this the 2nd day of February, 2026.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE